James B. **SKELTON**, Plaintiff–Appellant,

v.

**UNITED STATES SUPREME COURT, on appeal of Roe vs Wade 1973; John G. Roberts, Chief Justice and Associate Justices, Defendants–Appellees.**

No. 11–1578.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 25, 2011.

James B. Skelton, Appellant Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James B. Skelton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we

affirm for the reasons stated by the district court. *Skelton v. U.S. Supreme Ct.*, No. 3:11–cv–00091–MBS, 2011 WL 2070437 (D.S.C. May 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*